KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsmile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/8/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00734-RMW |
|     Plaintiff, ) | |
| v. ) | STIPULATION REGARDING EXCLUDABLE TIME AND ORDER |
| MOISES NUNEZ, ) | |
|    aka cartel, aka marvel, aka OTR, ) | |
|     Defendant. ) | |

   It is hereby stipulated and agreed between defendant Moises Nunez, and his counsel Jerry Fong, and the United States as follows:

   This matter was set for a status conference on February 13, 2006 at 9:00 a.m.  In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues.  The parties have been discussing plea and sentencing issues.  In particular, the defense requests more time to assess valuation issues and criminal history issues before arriving at a final plea decision.

   The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 05-00734-RMW

1  February 13, 2006, until March 13, 2006, because the parties believe that the ends of justice
2  served by the granting of such a continuance outweigh the best interests of the public and the
3  defendant in a speedy trial, particularly since reasonable time is needed for the defense to prepare
4  for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The
5  parties further stipulate that time may be excluded for reasonable time for defense
6  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence,
8  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
9      So stipulated.
10 Dated: February __, 2006                    KEVIN V. RYAN
                                               United States Attorney
11
12                                             _____
                                               MARK L. KROTOSKI
13                                             Assistant United States Attorney
14     So stipulated.
15 Dated: February __, 2006
16                                             _____
                                               JERRY FONG
17                                             Attorney for Defendant Nunez
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for February 13, 2006 at 9:00 a.m. for defendant Martinez shall be continued to March 13, 2005 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between February 13, 2006, until March 13, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation..  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: February  8 , 2006

      /S/ Ronald M. Whyte
      RONALD M. WHYTE
      United States District Judge