JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
MOISES NUNEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-00734 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE, AND [] ORDER THEREON |
| vs. | |
| MOISES NUNEZ, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between counsel for Defendant MOISES NUNEZ and counsel for the UNITED STATES OF AMERICA, that the date set for judgment and sentence of Mr. NUNEZ of October 19, 2006, at 2:00 pm, be continued to Monday, December 11, 2006, at 9:00 am, as counsel for Mr. NUNEZ is in trial on another federal criminal matter that is not scheduled to be over until the end of October.

SO STIPULATED.

DATED: October 5, 2006          CAREY & CAREY

/s/
_____
JERRY Y. FONG, Attorneys for
Defendant MOISES NUNEZ

///

///

1
STIPULATION TO CONTINUE JUDGMENT AND SENTENCE OF DEFENDANT MOISES NUNEZ

1  DATED: October 5, 2006  UNITED STATES OF AMERICA,

/s/

MARK L. KROTOSKI,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, that the date set for judgment and sentence of Defendant MOISES NUNEZ of October 19, 2006 be vacated, and a new date of December 11, 2006, at 9:00 am be set for Defendant NUNEZ' judgment and sentencing hearing.

DATED: October 18, 2006  /S/ RONALD M. WHYTE
HON. RONALD W. WHYTE
U.S. District Court Judge