JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
MOISES NUNEZ

E-FILED ***12/7/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-00734 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE, AND [~~XXXXXX~~ ~~proposed~~] ORDER THEREON |
| vs. | |
| MOISES NUNEZ, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between counsel for Defendant MOISES NUNEZ and counsel for the UNITED STATES OF AMERICA, that the date set for judgment and sentence of Mr. NUNEZ of December 11, 2006, at 2:00 pm, be continued to Monday, February 5, 2007, at 2:00 pm, as Mr. NUNEZ has just met with his probation officer, and the U.S. Attorney's Office is anticipating further cooperation from Mr. NUNEZ.

SO STIPULATED.

DATED: November 28, 2006         CAREY & CAREY

                                 /s/
                                 _____
                                 JERRY Y. FONG, Attorneys for
                                 Defendant MOISES NUNEZ

///

///

DATED:   11/28/06                    UNITED STATES OF AMERICA,

                              /s/
_____
MARK L. KROTOSKI,
Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, that the date set for judgment and sentence of Defendant MOISES NUNEZ of December 11, 2006 be vacated, and a new date of February 5, 2007, at ~~2:00~~ 9:00 a.m. pm be set for Defendant NUNEZ' judgment and sentencing hearing.

DATED:   12/7/06   , 2006           /s/ Ronald M. Whyte
_____
HON. RONALD W. WHYTE
U.S. District Court Judge