JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
MOISES NUNEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/15/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-00734 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE, AND ORDER THEREON |
| vs. | |
| MOISES NUNEZ, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between counsel for Defendant MOISES NUNEZ and counsel for the UNITED STATES OF AMERICA, that the date set for judgment and sentence of Mr. NUNEZ of February 5, 2007, at 9:00 am, be continued to Monday, March 19, 2007, at 9:00 am, as counsel for Mr. NUNEZ is set to go out to trial on February 5, 2007 in the Superior Court of the County of Santa Clara.

SO STIPULATED.

DATED:  February 2, 2007         CAREY & CAREY


                                 /s/
                                 _____
                                 JERRY Y. FONG, Attorneys for
                                 Defendant MOISES NUNEZ

///

DATED:   2/1/07              UNITED STATES OF AMERICA,

/s/

MARK L. KROTOSKI,
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, that the date set for judgment and sentence of Defendant MOISES NUNEZ of February 5, 2007 be vacated, and a new date of March 19, at 9:00 am, be set for Defendant NUNEZ' judgment and sentencing hearing.

DATED:   3/15   , 2007

*Ronald M. Whyte*
HON. RONALD W. WHYTE
U.S. District Court Judge