JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
MOISES NUNEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 3/15/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-00734 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCE, AND ORDER THEREON |
| vs. | |
| MOISES NUNEZ, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between counsel for Defendant MOISES NUNEZ and counsel for the UNITED STATES OF AMERICA, that the date set for judgment and sentence of Mr. NUNEZ of March 19, 2007, at 9:00 am, be continued to Monday, April 30, 2007, at 9:00 am.

Counsel for Mr. NUNEZ is set to go out to trial on March 26, 2007 in the Superior Court of the County of Santa Clara, and has been involved in all of the motions in limine and other pre-trial activities for that case.

SO STIPULATED.

DATED: March 14, 2007         CAREY & CAREY


                              /s/
                              _____
                              JERRY Y. FONG, Attorneys for
                              Defendant MOISES NUNEZ

DATED:   3/14/07          UNITED STATES OF AMERICA,

/s/

_____
MARK L. KROTOSKI,
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, that the date set for judgment and sentence of Defendant MOISES NUNEZ of March 19, 2007 be vacated, and a new date of April 30, 2007, at 9:00 am, be set for Defendant NUNEZ' judgment and sentencing hearing.

DATED: __3/15__, 2007        *Ronald M. Whyte*
_____
HON. RONALD W. WHYTE
U.S. District Court Judge