UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/10/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00734 RMW |
| Plaintiff, | [] FINAL ORDER OF FORFEITURE |
| v. | |
| MOISES NUNEZ,<br>   aka cartel, aka marvel, aka OTR, | |
| Defendant. | |

On April 6, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in:

A. 1 BOX OF COPIED DVD MOVIES (52) & MOVIE LIST (2 PAGES)

B. (2) CYLINDERS CONTAINING COPIED MUSIC DVD'S

C. 1 CASE OF DVD SHIPPERS

D. SEVEN VARIOUS DVDS, PAPER LISTING VARIOUS MOVIE NAMES, BANK STATEMENT, DEPOSIT SLIP

E. ONE CISCO 2500 SERIES ROUTER (# 250985744), ONE CISCO 2600 SERIES ROUTER   (# JAB050583MK), ONE MOTOROLA VAN GUARD 6430 (#110833543)

F. "CASEIT" CONTAINING COPIED DVD MOVIES

G. DVD CONTAINERS W/"MILLION DOLLAR BABY" LABELS

H. QLA1203 :  MAXTOR 5T010H1  10 GB HD  (S/N T1RBX5HC)

I. BELKIN OMMI VIEW SE 4 - PORT, C/E 3014023836

J.  VARIOUS CONNECTION CABLES

K.  BLACK COMPUTER BAG W/HEWLETT PACKARD DESKJET 340 PORTABLE PRINTER SERIAL # SG591130J0;  PAPER LOADER SERIAL #SG81E111GY; 1 GOVERNMENT FORM NAWCWPNS 7320 RECEIPT TO JOHN GRIGGERS

L.  MISC DVD LABELS

M.  6 DVD'S -  COPIED - IN DVD HOLDERS

N.  BAGGIE CONTAINING 12 DVD

O.  SONY CD WALKMAN D-EJ100 CD-R/RW SERIAL # 1226406, 16 MUSIC CD'S

P.  HP OFFICE JET R80, S/N SGF9AE08S9

Q.  GENERIC MED-TOWER COMPUTER (S/N  P98A5202357)

R.  EMACHINE T2240  (S/N  QIP33D0700979)

S.  GENERIC MID-TOWER COMPUTER W/3 HARD DRIVES, VIN POWER DIGITAL DUPLICATOR, S/N VIN 6011492

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been  filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to  Title 17, United States Code, Sections 506(b) and 509(a).   All right, title and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this    10    day of    May    . 2007.

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge